AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LE TRAN, | ) |
| ――――――――――――――――――― | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| CELEBRITY CRUISES, INC, et. al. | ) |
| ――――――――――――――――――― | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STEINER LEISURE LIMITED
By Serving:  Steiner Management Services
                       (As Registered Agent)
                       Gladis Rodriguez
                       770 South Dixie Highway, Suite 200
                       Coral Gables, Florida 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ricardo V. Alsina, Esquire
Lipcon, Margulies, Alsina & Winkleman P.A.
One Biscayne Tower, Suite 1776
Miami, Florida 33131
Telephone:  (305) 373-3016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*